IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

       Plaintiff,                      No. 1:06-cv-01484 ALA P

       vs.

CORRECTIONAL OFFICER KIRBY, et al.,

       Defendants.               <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding pro se and in forma pauperis pursuant to 28 U.S. C. § 1915. Before the court is Plaintiff's motion for leave to file an amended complaint.

      The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). However, an amended or supplemental complaint supersedes the original complaint. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967). Once an amended pleading is filed, the original pleading no longer serves any function in the case. *Id.*; *see also* E.D. Local Rule 15-220. Although the allegations of this pro se complaint are held to "less stringent standards than formal pleadings drafted by lawyers," *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (per curiam), Plaintiff will be required to comply with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California.

1

1 | Therefore, IT IS HEREBY ORDERED that Plaintiff's request for leave to file an
2 | amended complaint is granted. Plaintiff shall submit an amended complaint within thirty-
3 | five (35) days of the date of this order.
4 | /////
5 | DATED: November 1, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation