IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

        Plaintiff,                Case No. 1:06-cv-01484 ALA (P)

vs.

CORRECTIONAL OFFICER KIRBY, et al.,

        Defendants.           ORDER

_____/

       Plaintiff, Ronald Adams, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On, March 30, 2008, Plaintiff filed a Motion for an Extension of Time (doc. 16) to amend his Complaint. GOOD CAUSE APPEARING, this Court grants Plaintiff's request for additional time to file an amended Complaint.

       Therefore, **IT IS HEREBY ORDERED** that Plaintiff file an amended complaint within thirty-five (35) days from the date of this Order.

/////

DATED: April 10, 2008

/////

                                               /s/ Arthur L. Alarcón  
                                             UNITED STATES CIRCUIT JUDGE  
                                             Sitting by Designation

/////

/////

1