# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER KIRBY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01484-OWW-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS FROM ACTION<br><br>(Docs. 20 and 21)<br><br>ORDER REFERRING ACTION BACK TO MAGISTRATE JUDGE FOR SERVICE OF PROCESS |

　　　　Plaintiff Ronald Adams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On August 25, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. More than thirty days have passed, and Plaintiff has not filed an Objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed August 25, 2008, is adopted in full;

2. This action shall proceed as one for money damages on Plaintiff's third amended complaint, filed May 27, 2008, against Defendant Glenn for retaliation and violation of the Eighth Amendment for subjecting Plaintiff to cold weather while unclothed, and against Defendants Phillips, Hayes, Tews, Firsich, and Canon for violation of the Eighth Amendment for subjecting Plaintiff to a moldy mattress;

3. Plaintiff's retaliation, Eighth Amendment, and denial of access to the courts claims arising out of the denial of legal material at the law library are dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983;

4. Plaintiff's excessive force claim is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983;

5. Plaintiff's due process claim arising out of placement in administrative segregation is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983;

6. Plaintiff's due process, retaliation, and conspiracy claims arising of the disciplinary proceedings are dismissed, without prejudice, for failure to state a claim upon which relief may be granted under section 1983;

7. Defendants Kirby, Tinsley, Harris, Smith, Mosley, Cheney, Barrier, Johnson, Vasquez, Enriquez, and Borrero are dismissed from this action based on Plaintiff's failure to state any claims against them;

8. Plaintiff's claims for declaratory and injunctive relief are dismissed; and

9. This action is referred back to the Magistrate Judge for service of process.

IT IS SO ORDERED.

**Dated:**   October 8, 2008               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE