# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>               Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER KIRBY, et al.,<br><br>               Defendants. | CASE NO. 1:06-cv-01484-OWW-SMS PC<br><br>ORDER AUTHORIZING SERVICE OF THIRD AMENDED COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Docs. 20 and 22) |

Plaintiff Ronald Adams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 23, 2006. The Court screened Plaintiff's third amended complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under section 1983 (1) against Defendant Glenn for retaliation and violation of the Eighth Amendment for subjecting Plaintiff to cold weather while unclothed, and (2) against Defendants Phillips, Hayes, Tews, Firsich, and Canon for violation of the Eighth Amendment for subjecting Plaintiff to a moldy mattress.[1] Fed. R. Civ. P. 8(a); <u>Swierkiewicz v. Sorema N. A.</u>, 534 U.S. 506, 512-15 (2002); <u>Austin v. Terhune</u>, 367 F.3d 1167, 1171 (9th Cir.

///

---

[1] Pursuant to the Court's order of October 9, 2008, the following claims and parties were dismissed: (1) Plaintiff's retaliation, Eighth Amendment, and denial of access to the courts claims arising out of the denial of legal material at the law library, with prejudice; (2) Plaintiff's excessive force claim, with prejudice; (3) Plaintiff's due process claim arising out of placement in administrative segregation, with prejudice; (4) Plaintiff's due process, retaliation, and conspiracy claims arising of the disciplinary proceedings, without prejudice; (5) Plaintiff's claims for declaratory and injunctive relief; and (6) Defendants Kirby, Tinsley, Harris, Smith, Mosley, Cheney, Barrier, Johnson, Vasquez, Enriquez, and Borrero. (Doc. 22.)

1

2004); <u>Jackson v. Carey</u>, 353 F.3d 750, 754 (9th Cir. 2003); <u>Galbraith v. County of Santa Clara</u>, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for:

    **C/O GLENN**

    **SGT. PHILLIPS**

    **MS. HAYES, MTA**

    **DR. M. TEWS**

    **MRS. FIRSICH, MTA**

    **MR. CANNON, MTA**

2. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed May 27, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Seven (7) copies of the endorsed third amended complaint filed May 27, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

///
///
///
///
///

1       5.      <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   October 10, 2008**                    /s/ **Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE

3