IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RONALD ADAMS,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAMES E. TILTON, et al.,**<br><br>　　　　　　　　Defendants. | 1:06-CV-01484 OWW SMS (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 29) |

　　Defendants Glenn, Phillips, and Tews' request for an extension of time to reply to Plaintiff's complaint was considered by this Court, and good cause appearing,

　　IT IS HEREBY ORDERED that Defendants are granted forty-five days, to and including February 25, 2009, to file their responsive pleading.

IT IS SO ORDERED.

**Dated:** 　January 6, 2009　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE