# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>               Plaintiff,<br><br>   v.<br><br>CORRECTIONAL OFFICER KIRBY, et al.,<br><br>              Defendants. | CASE NO. 1:06-cv-01484-OWW-SMS PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO THE COURT'S ORDER OF MARCH 27, 2009, WITHIN FIFTEEN DAYS<br><br>(Doc. 36) |

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Ronald Adams, a state prisoner proceeding pro se and in forma pauperis. On March 27, 2009, the Court issued an order requiring Defendants to notify the Court within thirty days whether they consented to or declined Magistrate Judge jurisdiction.[1] More than thirty days have passed and Defendants have not complied with or otherwise responded to the order.

      Defendants have **fifteen (15) days** to file a response to the Court's order of March 27, 2009. The failure to file a response will result in the imposition of sanctions for failure to obey a court order.

IT IS SO ORDERED.

Dated:   May 12, 2009                       /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed notice of his consent on November 13, 2006.

1